UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0:22-cv-61689-AHS

SECURITIES AND EXCHANGE COMMISSION,

           Plaintiff,

v.

TBG HOLDINGS CORPORATION,
NEIL B. SWARTZ, and
TIMOTHY S. HART,

           Defendant.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENTS AGAINST DEFENDANTS TBG HOLDINGS CORPORATION, NEIL B. SWARTZ AND TIMOTHY S. HART

    Plaintiff Securities and Exchange Commission ("Commission") moves for entry of final judgments against Defendants TBG Holdings Corporation, Neil B. Swartz and Timothy S. Hart (collectively "Defendants"). By their Consents attached as Exhibits A, B and C Defendants waive service of the Summons and the Complaint in this action; enter a general appearance; and admit the Court's jurisdiction over Defendants and the subject matter of this action.

    Defendants have consented to entry of the Final Judgments attached as Exhibits D, E, and F. Entry of the Final Judgments will conclude the Commission's litigation of this matter against Defendants. The Final Judgments specify that the Court shall retain jurisdiction to enforce the terms of the Final Judgments.

    Accordingly, the Commission respectfully requests the Court enter the attached Final Judgments as to Defendants TBG Holdings Corporation, Neil B. Swartz and Timothy S. Hart.

Counsel for the Commission conferred with counsel for the Defendants who does not oppose this motion.

September 9, 2022                                                Respectfully submitted,

By:   **s/ Christine Nestor**
Christine Nestor, Esq.
Senior Trial Counsel
Florida Bar No. 597211
Direct Dial: (305) 982-6367
Email: nestorc@sec.gov


**s/ Michael J. Gonzalez**
Michael J. Gonzalez, Esq.
Senior Counsel
Florida Bar No. 110598
Direct Dial: (305) 982-6318
Email: gonzalezmi@sec.gov

**s/ Hughens Dolisca**
Hughens Dolisca, Esq.
Counsel
Florida Bar No. 99744
Direct Dial: (305) 982-6344
Email: doliscah@sec.gov

ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE
COMMISSION
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300

## CERTIFICATE OF SERVICE

I certify that on September 9, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record or by means denoted below upon the below list.

James D. Sallah, Esq.
Sallah Astarita & Cox, LLC
3010 N Military Trail, #210
Boca Raton, FL 33431
Telephone: 561-989-9080
jds@sallahlaw.com
Attorney for Defendants
VIA EMAIL